UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FREE FLOW PACKAGING INTERNATIONAL, INC., <br><br> Petitioner, <br><br> vs. <br><br> STOROPACK, INC., <br><br> Respondent. | Miscellaneous Action No. 1:04MC045 <br><br> District Judge Spiegel <br><br> Magistrate Judge Black |

### PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Petitioner Free Flow Packaging International, Inc. ("FFPI") hereby dismisses without prejudice the above action.

Respectfully submitted,

Dated:  August 22, 2005.

/s/ Daniel J. Buckley
Daniel J. Buckley (0003772)
 Trial Attorney
  Email:  djbuckley@vssp.com
Eric W. Richardson (0066530)
  Email:  ewrichardson@vssp.com
Vorys, Sater, Seymour & Pease LLP
221 East Fourth Street, Suite 2000
Cincinnati, OH  45202
(513) 723-4000
(513 852-7885 Fax

Attorneys for
Free Flow Packing International, Inc.

OF COUNSEL:
David A. York
Matthew B. Lehr
Thomas Duley
Nicole L. Thorpe
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, California 94025
(650) 328-4600

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 22, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which should send notification of such filing to R. Guy Taft, Strauss & Troy, The Federal Reserve Building, 150 East Fourth Street, Cincinnati, OH 45202 and J. Robert Chambers and Brett A. Schatz, Wood, Herron & Evans, LLP, 2700 Carew Tower, 441 Vine Street, Cincinnati, OH 45202, the attorneys of record registered to receive such service by the Court's electronic filing system.

      /s/ Eric W. Richardson
      Eric W. Richardson (0066530)